FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
Nunc Pro Tunc
JUL 21 2009
to May 11, 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE MENDOZA and JAVIER MENDOZA,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ORANGE, DANIEL MISSEL, ALBERT SEVILLA, and JON AUER,<br><br>Defendants. | Case No. ~~SACV-03-1186 JVS (Anx)~~ and SACV 04-00970-JVS (ANx)<br>**JUDGMENT IN A CIVIL CASE**<br><br>Ctrm:  10C<br>Judge: Hon. James V. Selna |

This action came on for trial on March 31, 2009 before the Honorable James V. Selna, District Judge, presiding. John P. Zelbst, Joseph H. Low, IV and Michael R. Marrinan appeared as counsel for plaintiffs. David D. Lawrence and Christina M. Sprenger of Lawrence, Beach, Allen & Choi, P.C. appeared as counsel for defendants.

On March 31, 2009 a jury was impaneled and sworn to try the action. Witnesses were sworn and examined and exhibits entered into evidence.

After hearing the evidence, instructions by the court and arguments of counsel, the jury retired to consider its verdict. On April 24, 2009 the jury returned to court and duly rendered its unanimous special verdicts in writing as follows:

**SPECIAL VERDICT – PLAINTIFF GUADALUPE MENDOZA**

1  We, the jury in the above entitled action, find the following verdict on the
2  questions submitted to us:
3  **Question No. 1:** Do you find by a preponderance of the evidence that
4  defendant Daniel Missel used unreasonable force on plaintiff Guadalupe Mendoza?
5
6  **Answer "yes" or "no".**
7  Yes _____   No __X__
8  If you answered "yes" to Question No. 1, answer Question No. 2. If you
9  answered "no" to Question No. 1, please have your Presiding Juror date and sign
10 this form.
11 **Question No. 2:** What do you find by a preponderance of the evidence to be
12 the total amount which will compensate plaintiff Guadalupe Mendoza for this
13 harm?
14    $ _____
15 **Question No. 3:** Do you find by a preponderance of the evidence that Daniel
16 Missel acted with malice, oppression or reckless disregard to the rights of plaintiff
17 Guadalupe Mendoza?
18 **Answer "yes" or "no".**
19 Yes _____   No _____
20 **Please have your Presiding Juror date and sign this form.**
21 DATED:  __April 24, 2009__
22                                /s/
                      _____
                      PRESIDING JUROR
23
24
25
26
27
28       **SPECIAL VERDICT – PLAINTIFF JAVIER MENDOZA**

PROPOSED JUDGMENT                     2

1  We, the jury in the above entitled action, find the following verdict on the
2  questions submitted to us:
3  **Question No. 1:** Do you find by a preponderance of the evidence that one or
4  more defendants used unreasonable force on plaintiff Javier Mendoza?
5  **Answer "yes" or "no".**
6  Daniel Missel     ___Yes___
7  Albert Sevilla    ___Yes___
8  Jon Auer          ___No____
9  If you answered "yes" as to any defendant(s) in Question No. 1, answer
10 Question No. 2.  If you answered "no" as to all defendants in Question No. 1, please
11 skip the remaining questions and have your Presiding Juror date and sign this form.
12 **Question No. 2:** What do you find by a preponderance of the evidence to be
13 the total amount which will compensate plaintiff Javier Mendoza for the harm
14 caused by the unreasonable force?
15 $ __300,000.00__
16 **Question No. 3:** As to any defendant for whom you answered "yes" in
17 Question No. 1, do you find by a preponderance of the evidence that the defendant
18 acted with malice, oppression or reckless disregard of the rights of plaintiff Javier
19 Mendoza?
20 **Answer "yes" or "no".**
21 Daniel Missel     ___No____
22 Albert Sevilla    ___No____
23 Jon Auer          _____
24 **Please have your Presiding Juror date and sign this form.**
25 DATED:   __April 24, 2009__      /s/
                                    _____
26                                  PRESIDING JUROR
27 Based upon the verdict of the jury in this matter:
28 IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

PROPOSED JUDGMENT                         3

That judgment be entered in favor of defendants Daniel Missel, Albert Sevilla and Jon Auer against plaintiff Guadalupe Mendoza; and in favor of defendant Jon Auer against plaintiff Javier Mendoza.

That Plaintiff Javier Mendoza have and recover $ 300,000.00 in compensatory damages from defendants Daniel Missel and Albert Sevilla, jointly and severally.

That any costs, attorneys fees and prejudgment interest as the Court may deem to be recoverable be reserved and determined by the Court at a further hearing.

**IT IS SO ORDERED.**

Dated: May 11, 2009

Honorable James V. Selna
United States District Judge

Submitted by:

/s/ Michael R. Marrinan
Attorney for Plaintiffs